# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

July 19, 2023

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Matthew Chisholm*, 23-cr-200-NSR

Dear Honorable Judge Román:

I am writing to request an adjournment of the status conference for the above-captioned violation of supervised release, which is currently scheduled for Friday, July 21, 2023, at 1 p.m. I am requesting the matter be adjourned for 45 days.

Since the initial conference on May 16, 2023, the government has produced discovery to both me and Mr. Chisholm. I was notified earlier this month that Mr. Chisholm was having issues accessing the videos produced as part of the discovery while in custody at the Westchester County Jail. My office has been communicating with the jail to ensure that Mr. Chisholm is able to review those materials. In the interim, I attempted to visit Mr. Chisholm last week to review the videos with him, but he has been quarantined due to a COVID-19 exposure. It is unclear when the quarantine period will be lifted, but it is expected to last at least 10 days.

I am requesting an adjournment to have additional time to resolve the issues with Mr. Chisholm reviewing the discovery at the jail and to speak to him about the discovery. I have discussed this with the government through Assistant United States Attorney Kingdar Prussien who does not oppose this request. Therefore, I respectfully request that this matter be adjourned for 45 days.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

**Deft's request to adjourn the telephonic Status Conf. from July 21, 2023 until Sept. 8, 2023 at 3:00 pm is GRANTED without opposition by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 19.**
**Dated: White Plains, NY**
         **July 19, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Thank you for your time and consideration.

                                  Sincerely,

                                  Elizabeth K. Quinn
                                  Assistant Federal Defender
                                  Counsel for Matthew Chisholm

cc:    Kingdar Prussien, AUSA