**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2024

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v., Matthew Chisholm*, 23-cr-200 (NSR)

Dear Honorable Judge Román:

    I write to request an adjournment of the status conference scheduled for this Friday, January 26, 2024, at 1:00 p.m. until March 1, 2024, at 3:00 p.m.

    Following the Court's ruling denying my motion to dismiss last week, I have conferred with Mr. Chisholm. He is prepared to plead guilty to the sole count in the indictment, specifically being a felon in possession of ammunition in violation of 18 U.S.C. § 922(g). Per the Court's standing order, the parties have contacted the duty magistrate and a change of plea hearing is schedule for Friday January 26, 2024, at 11:00 a.m. It is anticipated that the plea will occur on that date, and if the allocution is satisfactory for the Court, the case can proceed to sentencing.

    I am requesting that the Court adjourn the status conference scheduled for Friday January 26, 2024, at 1:00 p.m. before Your Honor so that the change of plea hearing can occur. I am requesting that the status conference be adjourned to March 1, 2024, at 3:00 p.m. as a placeholder in the unlikely event that Mr. Chisholm does not enter a plea of guilty so that the case can proceed toward trial. The parties will appraise the Court if there is in an issue regarding the entry of the guilty plea.

    Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Counsel for Matthew Chisholm

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/23/2024

cc: Kingdar Prussien, AUSA

---

**Endorsement:**

In light of Deft.'s anticipated entry of a guilty plea, Deft.'s request to adjourn the Status Teleconf. from Jan. 26, 2024 until Mar. 1, 2024 at 3:00 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 28.
Dated: White Plains, NY
January 23, 2024
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE