# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

May 23, 2024

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v., Matthew Chisholm*, 23-cr-200 (NSR)

Dear Honorable Judge Román:

    I write to withdraw Exhibit A from my sentencing submission that was just filed on ECF as Doc. 37.

    I had intended to file this document under seal and inadvertently attached it to my filing on ECF. The reasons I am requesting this be removed from ECF are detailed in my letter requesting that that document be filed under seal.

    I apologize for the inconvenience and the confusion.
.

Sincerely,

Elizabeth K. Quinn
Counsel for Matthew Chisholm

cc: Kingdar Prussien, AUSA

**Deft's request to file UNDER SEAL Ex. A to his Sentencing Submission at ECF No. 37 is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 38.**
**Dated: White Plains, NY**
        **May 24, 2024**    SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/24/2024