UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                            Plaintiff,                               **MEMORANDUM**

          -against-                                        23 Cr. 200 (NSR)

MATTHEW CHISHOLM,

                          Defendant.
-------------------------------------------------------------X

TO: <u>Nelson S. Román, United States District Judge</u>:

       Please find attached a transcript of the January 26, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: June 5, 2024
       White Plains, New York

                                                                Respectfully Submitted,

                                                                */s/ Judith C. McCarthy*

                                                                JUDITH C. McCARTHY
                                                                United States Magistrate Judge