# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 7, 2026

**VIA EMAIL & ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Defendant's request to adjourn the VOSR status conferences from April 10, 2026 to May 29, 2026, at 2:15 p.m. is GRANTED without objection by the Government. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 46.**

**Dated: April 7, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re:    *United States v. Matthew Chisholm, 23-cr-200 (NSR)*

Dear Honorable Judge Román:

I write to request that Mr. Chisholm's status conference on his VOSR, currently scheduled for Friday, April 10, 2026, at 2:15 p.m., be adjourned to May 29, 2026, at 2:15p.m. That date and time is convenient for the parties.

Mr. Chisholm appeared before Your Honor on January 29, 2026, for his initial appearance on the VOSR. Among the specifications are two state criminal matters pending in Brooklyn. Those matters have been adjourned until May 6, 2026 and May 22, 2026. Given that those charges for the basis of the more significant specification, Mr. Chisholm requests that this matter be adjourned to a date after May 22, 2026, so that the parties can learn the outcome of those cases and decide how to resolve the VOSR petition before the Court. I have spoken with the government and probation and neither object to this request.

Therefore, it is respectfully requested that Mr. Chisholm's VOSR hearing be adjourned to May 29, 2026, at 2:15 p.m. Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Matthew Chisholm

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/07/2026_

MEMO ENDORSED

cc:    Justin Brooke & Kingdar Prussien, AUSAs
       Julia Beltre, USPO