# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 18, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2026

**VIA EMAIL & ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Defendant's request to adjourn the VOSR status conference from May 29, 2026 to July 15, 2026, at 2:15 p.m. is GRANTED without objection by the Government. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48.**

**Dated: May 19, 2026**
**White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Re:    *United States v. Matthew Chisholm,* 23-cr-200 (NSR)

Dear Honorable Judge Román:

I write to request that Mr. Chisholm's status conference on his VOSR, currently scheduled for Friday, May 29, 2026, at 2:15 p.m., be adjourned to July 15, 2026, at 2:15p.m. That date and time is convenient for the parties.

Mr. Chisholm appeared before Your Honor on January 29, 2026, for his initial appearance on the VOSR. Among the specifications are two state criminal matters pending in Brooklyn. One of those matters has been adjourned to July 6, 2026, and the other is on the calendar for May 22, 2026. Given that those charges for the basis of the more significant specification, Mr. Chisholm requests that this matter be adjourned to a date after July 6, 2026, so that the parties can learn the outcome of those cases and decide how to resolve the VOSR petition before the Court. I have spoken with the government and probation and neither object to this request.

Therefore, it is respectfully requested that Mr. Chisholm's VOSR hearing be adjourned to July 15, 2026, at 2:15 p.m. Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Matthew Chisholm

cc:    Justin Brooke & Kingdar Prussien, AUSAs
Julia Beltre, USPO SDNY
Julianna Gruenberg, USPO EDNY

**MEMO ENDORSED**